UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2015 AUG 17 AM 10: 29
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: Karen Jean Gagnon &       Chapter 7
   Michael Joseph Gagnon, Debtors    Case No. 13-12330-BAH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION AND MOTION TO RELEASE UNCLAIMED FUNDS

*NOW COMES* Michael Joseph Gagnon and Karen Jean Gagnon, and files an objection to Edmond J. Ford, Trustee's affidavit that the $5,000.00 in debtors' exemption was not attempted to be claimed.

1.) On August 11, 2015 check #111 in the amount of $5,000.00, copy of which is attached at exhibit A, was presented for deposit and accepted as tendered in our new banking account with Workers Credit Union, see exhibit B for copy of August 11, 2015 deposit;

2.) The check was deposited within the ninety days of its face void date;

3.) On August 14, 2015, the deposit of $5,000.00 was reversed due to premature stop payment issued on check #111, by Mr. Edmund J. Ford, Trustee, see exhibit C;

4.) This premature stop payment may result in bank fees and other expenses to correct this error by Mr. Edmund J. Ford, Trustee.

WHEREFORE,

  The debtors request that the $5,000.00 be released and mailed to the debtors address on record with the court, as payment in full for the claimed homestead exemption;

  And any and all fees and expenses related to this error are to be paid by Edmund J. Ford, Trustee, when presented for payment with detailed expense records, as Karen Jean Gagnon is on disability with limited income.

_____  Dated: August 17, 2015
Michael Joseph Gagnon

_____  Dated: August 17, 2015
Karen Jean Gagnon

## CERTIFICATION

We, Michael Joseph Gagnon and Karen Jean Gagnon, debtors, certify that a copy of this Objection and Motion to Release Unclaimed Funds has been U.S. postal mailed to Attorney Edmund J. Ford, Trustee, on this day, Monday, August 17, 2015.

_____  Dated: August 17, 2015
Michael Joseph Gagnon

_____  Dated: August 17, 2015
Karen Jean Gagnon

EXHIBIT A

**Rabobank, N.A.**
90 E Thousand Oaks Blvd, Ste 300, Thousand Oaks, CA 91360
Phone: 800-465-2415 for Rabobank Specialty Deposits

| Case | Debtor |
|---|---|
| 13-12330 BAH | GAGNON, KAREN JEAN |
| 5006903666 | GAGNON, MICHAEL JOSEPH |

Dividend paid 100.00% on $5,000.00; Claim# EXEMPT'T; Filed: $5,000.00;
Reference:

~~~Five Thousand Dollars and 00/100

Pay to the Order of:
Karen & Michael Gagnon
225 Brook Village Road
Apartment 3
Nashua NH 03062

VOID AFTER 90 DAYS

111
90-3715 / 1222
5202

TID #490090
Edmond J. Ford
10 Pleasant Street
Suite 400
Portsmouth NH 03801-4551

$ ********5,000.00

Date 05/14/2015

Edmond J. Ford, Trustee

⑈000011⑈ ⑆122237159⑆ 5006903666⑈



EXHIBIT B

```
WCU - Groton Office
Date:   08-11-2015 04:10:41 PM
Acct#:  *****3638
Type: NA
Amount:    $5,000.00
Current Balance:        $5,000.00
Transaction Number: 2500
Cashbox Number: 238
Network Node: 2033




Find out how you can get
more GiveBack today
www.givebackcalculator.com

Deposits insured by NCUA/MSIC



Station: 53
```

EXHIBIT C

